# DUNLAP | GRUBB | WEAVER

ATTORNEYS & CONSULTANTS                                        WWW.DGLEGAL.COM

RECEIVED
2012 MAR 21 P 4: 10
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

March 21, 2012

Clerk of Court
District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

RE: *Microhits, Inc., et al. v. MegaUpload Limited, et al.*

Dear Mr. Gallindo:

Please find enclosed—

1) Plaintiffs' Complaint, Civil Cover Sheet, and filing fee check ($350) in the above-noted matter;
2) Plaintiffs' Report on the Filing or Determination of an Action or Appeal Regarding a Copyright;
3) Summonses for Defendants MegaUpload Limited, Vestor Limited, and Kim Dotcom, aka Kim Schmitz.

We respectfully request that executed copies of the enclosed summonses be returned using the enclosed Federal Express envelope to the undersigned's attention at your earliest convenience. We sincerely appreciate it. Please do not hesitate to contact the undersigned with respect to this matter.

Sincerely,

Thomas M. Dunlap, Esq.
W. Clifton Holmes, Esq.
David Ludwig, Esq.
Counsel for Plaintiffs