```
Court Name: United States District Court
Division: 1
Receipt Number: 14683027810
Cashier ID: sbrown
Transaction Date: 03/21/2012
Payer Name: DUNLAP GRUBB WEAVER PLLC
------------------------------------
CIVIL FILING FEE
 For: DUNLAP GRUBB WEAVER PLLC
 Amount:      $350.00
------------------------------------
CHECK
 Remitter: DUNLAP GRUBB WEAVER PLLC
 Check/Money Order Num: 3279
 Amt Tendered: $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

FILING FEE
112CV327
```