# EXHIBIT A

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| 22nd Century Boy | Brian Chatton / Nick Richards | PA – 411-051 | Profile – PRO – 1219 – 1986/ Legacy Records, Ltd. LLCD 105 |
| Alleluias | David Norland / Joanna Stevens | PA 996 605 | Solar Twins – 'Solar Twins' – 9/21/1999 / Maverick/WB |
| Are You Livin' Old Man? | Irene Higginbotham Abner Silver Evans | EU 306984 | The Lady is a Tramp.  Divas of Swing and Jazz.  Graffitti Records 102065.<br><br>June Christy/Stan Kenton Orchestra.  Somewhere there's Music.  Jasmine 366<br><br>Stan Kenton & His Orchestra. 1940-1944.  Classics 848.<br><br>Stan Kenton. 1945.  Classics 898.<br><br>Stan Kenton.  Artistry in Kenton Vol. 1- 3.  Storyville 2042081<br><br>Stan Kenton.  Artistry of Stan Kenton.  Memoir 523<br><br>Stan Kenton.  Complete Capitol Recording Studio recordings of Stan Kenton 1943-1947  Blue Note 21389 / Mosaic 7-163 |
| Astral Hymn | David Norland / Joanna Stevens | PA 996 605 | Solar Twins – 'Solar Twins' – 9/21/1999 / Maverick/WB |
| Back Door Wolf | Ralph Bass | EU 456-990 | Howlin' Wolf - "The Back Door Wolf". 1973. (Chess/Uni). |

**MEGAUPLOAD EXHIBIT Part 1      Page 1**

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Better Life | David Norland / Joanna Stevens | PA 996 605 | Solar Twins – 'Solar Twins' – 9/21/1999 / Maverick/WB |
| Blues For Tanya | Joseph Liggins | EU 300011 | Joe Liggins – Joe Liggins & The Honeydrippers -  1990 - Specialty #117006 |
| Blues in My Heart and Tears in my Eyes | Granville H. McGhee | EP 72524 | Sticks McGhee<br>New York Blues<br>Orig Rel. Feb. 1996<br><br>Sticks McGhee & His Spo-Dee-O-Dee Buddies – King/Ace UK - 1994 |
| Bob Is My Guy | Joseph Liggins / Doris Akers | EU 241491 | Joe Liggins – Drippers Boogie Vol 2 -  1992 - Specialty #7025 |
| Boogie Woogie Lou | Joseph Liggins | EU 269131 | Joe Liggins – Drippers Boogie Vol 2 -  1992 - Specialty #7025 |
| Bouncin' In Rhythm | Joseph Manone Irving Mills | EP 50451 | Adrian Rollini – Tap Root Swing – Living Era – 5424 |
| Box Car Blues | Joseph Manone | EU 77050 | Classic Capitol Jazz Sessions Mosaic  MD12-170 Feb, 1997 |
| Cadillac Boogie | Joseph Liggins | EU 149866 | Jimmy Liggins – Blues Masters 5 - Rhino 71125<br><br>Hipsters, Zoots & Wingtips Vol. 2 – Hip-O /UMG 40130<br><br>Jimmy Liggins and his Drops of Joy – Specialty #7026<br><br>Jump Jive and Swing – Rhino 75666 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Cities on Fire | Brian Chatton / Nick Richards / Nico Ramsden / Jeff Seopardi | PA – 411-051 | Profile – PRO – 1219 – 1986/ Legacy Records, Ltd. LLCD 105 |
| Crying Over You | Joseph Liggins / Maggie Hathaway | EU 275522 | Joe Liggins – Drippers Boogie Vol 2 - 1992 - Specialty #7025 |
| Cybersadhu | David Norland / Joanna Stevens | PA 996 605 | Solar Twins – 'Solar Twins' – 9/21/1999 / Maverick/WB |
| Daddy on my mind | Joseph Liggins | EU 222618 | Joe Liggins – Drippers Boogie Vol 2 - 1992 - Specialty #7025 |
| Dealin' From The Bottom | Granville 'Sticks' McGhee | EP 74955 | Sticks McGhee / John Lee Hooker – Highway of Blues – King #1520<br><br>Sticks McGhee – 'New York Blues' – Ace Records Ltd. #502 |
| Do You Love Me Pretty Baby? | Joseph Liggins | EU 352483 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006 |
| Do You Wanna Ride? | Anthony Harris / Donald De Grate / Ron Harris / Michael Little / Darryl Pearson | PA 786-158 | Adina Howard – 'Do You Wanna Ride?' – Elektra #61757 |
| Dripper's Boogie | Joseph Liggins | EU 275524 | Joe Liggins – Drippers Boogie Vol 2 - 1992 - Specialty #7025 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Drum Stomp | Irene Higginbotham | EP 405378 | A Jazz Hour with Lionel Hampton. Jivin' the Vibes JHR 73537 Anthology of Jazz Drumming. Volume 3 Feb. 1936-Nov. 1937 MJCD 806<br><br>Lionel Hampton & His Orchestra. Jivin' the Vibes. Lejazz 1 |
| Earthbound | David Norland / Joanna Stevens | PA 996 605 | Solar Twins – 'Solar Twins' – 9/21/1999 / Maverick/WB |
| Escalator of Life | Robert Hazard | PA 140-421 | VA -Hardest Hits Collection Volume 4. SPG 004.<br><br>VA- Trip Back to the 80's. UBL 26491<br><br>VA- Just Can't Get Enough Vol. 8. Rhino 71701<br><br>VA- Heart it on the Radio, FM Hits Vol. 1. Renaissance 501<br><br>VA- Hardest Hits Collection. SPG 006. |
| Everybody's Down On Me | Joseph Liggins | EU 328329 | Joe Liggins – Drippers Boogie Vol 2 - 1992 - Specialty #7025 |
| Frankie Lee | Joseph Liggins | EU 223316 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006 |
| Freight Train Blues | Joseph Liggins | EU 299577 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006 |

**MEGAUPLOAD EXHIBIT Part 1     Page 4**

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Good Morning Heartache | Irene Higginbotham Padellan / Ervin Drake / Dan Fisher | EU 451762 | Johnny Mathis 'Killing Me Softly' – Columbia #32258<br><br>Tony Bennett<br>'On Holiday' Columbia #67774<br>'Playin' With My Friends' Columbia #85833<br><br>Terrence Blanchard 'The Billie Holiday Songbook' Columbia #57793<br><br>Ella Fitzgerald 'Newport Jazz Festival: Live at Carnegie Hall' Columbia #66809<br><br>Ella Fitzgerald -'Clap Hands, Here Comes Charlie!' -  Verve #835-646-2/4<br>'Jazz 'Round Midnight' - Verve #843-621 -2/4<br><br>Laura Fygi – 'Bewitched' – Verve #514-714 2/4<br><br>Billie Holiday '20th Century Masters Collection' – Hip-O #589-995<br>'The Billie Holiday Songbook' – Verve – #823-246<br>'Black Legends of Jazz' – GRP/Decca - #2-641<br>'The Complete Billie Holiday on Verve'–Verve #517-658 / #513-859 / #833-765<br>'The Complete Decca Recordings' – GRP #601<br>'The Essential Billie Holiday' -  Verve #517-172<br><br>'Essential Jazz Singers' – Verve #533-347<br>'Four by Four' – Verve #559-693<br><br>'Greatest Hits' – GRP #653 |

MEGAUPLOAD EXHIBIT Part 1        Page 5

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Good Morning Heartache | Irene Higginbotham Padellan / Ervin Drake / Dan Fisher | EU 451762 – December 20, 1945 | 'The Billie Holiday Songbook' – Verve – #823-246<br>'Black Legends of Jazz' – GRP/Decca - #2-641<br>'The Complete Billie Holiday on Verve'–Verve #517-658 / #513-859 / #833-765<br>'The Complete Decca Recordings' – GRP #601<br>'The Essential Billie Holiday' - Verve #517-172<br>'Essential Jazz Singers' – Verve #533-347<br>'Four by Four' – Verve #559-693<br>'Greatest Hits' – GRP #653<br>'History of The Real Billie Holiday' – Verve #823-233<br>'Ken Burns Jazz – Billie Holiday' – Verve #549-081<br>'Lady Sings The Blues' – Verve #833-370 / #14292<br>'Lady's Decca Days' – MCA #31322<br>'Priceless Jazz Collection' – GRP #9871<br>'Singin' The Blues' – #589-570 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Good Morning Heartache | Irene Higginbotham Padellan / Ervin Drake / Dan Fisher | EU 451762 | 'Songbirds' – GRP #9732<br>'Ultimate Billie Holiday' – Verve #539-051<br> 'Ultimate Divas' #557-595<br> 'Verve Jazz Masters' #519-825<br> 'Very Best of Billie Holiday' #19539<br><br> 'New York Undercover' soundtrack – MCA #11342<br><br>Carmen McCrae - 'I'll Be Seeing You' Decca #2647<br><br>'Torchy & Moonsong' Universal #19392<br><br>Diana Ross     '14 Greatest Hits' – Motown #06072 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|-------|---------|------------|---------|
| Good Morning Heartache | Irene Higginbotham Padellan / Ervin Drake / Dan Fisher | EU 451762 | Dianna Ross - 'All The Great Hits' – Motown #8036 / Uptown/Universal #159-638 'Anthology' Motown #6049 'Diana Ross Greatest Hits' Motown #869 'Forever Diana' Motown #6357 'Lady Sings The Blues' soundtrack Motown #0758 'Motown Anthology' – Motown #013-583 'Stolen Moments' Motown #6340 'Very Best' Motown #6017<br><br>McCoy Tyner 'Infinity' – GRP #171<br><br>Dinah Washington 'The Complete Dinah Washington on Mercury' Mercury #838-952/#838-956<br><br>Hank Crawford. Wildflower EK 86144<br><br>Rosemary Clooney. Tribute to Billie Holiday CCD 4081<br><br>Karrin Allyson. Azure-Te CCD 4641<br><br>Miki Howard. The Very Best of. Rhino R2 74296<br><br>Etta Jones. From the Heart. Prestige 7214<br><br>Diane Schuur. Music is My Life Atlantic 83150<br><br>Natalie Cole. I've Got Love On My Mind Cema S21-56745<br><br>Etta James. Heart of a Woman. Private Music 01005-82180<br><br>Tony Bennett. On Holiday. CK 67774<br><br>5 Red Caps. Fly Cd 60 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Harlem Stomp | Irene Higginbotham / Buddy Feyne / Jay Higginbotham | EU 338369 | Louis Armstrong 'The Complete Decca Studio Takes' Decca 11172 |
| Heart's Bin Broken | Brian Chatton / Nick Richards | PA – 411-051 | Profile – PRO – 1219 – 1986/ Legacy Records, Ltd. LLCD 105 |
| House Warmin' Boogie | Granville H. McGhee | EU 230036 | Sticks McGhee – 1947 – 1951 – Classics 5012 – France

Sticks McGhee – 'New York Blues' – Ace Records Ltd. #502 |
| I Just Can't Help Myself | Joseph Liggins | EU 210047 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| I Wanna Be A Cowboy | Brian Chatton / Nick Richards / Nico Ramsden / Jeff Seopardi | PA – 411-050 | Profile – PRO – 1219 – 1986 VA-"Rock of the 80's- Vol. 11." 1994.  Priority/EMI VA-"18 New Wave Classics." September 16, 1997. Uni. VA-"Retro Lunchbox-Squeeze the Cheese." September 23, 1997. Intersound. VA-"Classic Club Mix:  Dance Jams."  July 1, 1997- K-Tel. VA-"Thump N' New Wave Rock-N-Ingles."  January 12, 1999 (Thump/Uni) VA-"Living in Oblivion: The 80's Greatest Hits. Vol. 5." 1995.  EMI/Capitol. VA-"Club Mix: the 80's".  K-Tel. VA-"Club Mix Retro:  the 80's Vol. 2." Released 2000. K-Tel. VA- "It Came from the 80's". October 23, 2001. VA- "Time/Life: the 80's." Original release date unknown, still in print.  Warner. Legacy Records, Ltd. LLCD 105 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| I've Got A Right To Cry | Joseph Liggins | EP3294 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006<br><br>Hank Williams Jr. 'Fourteen Greatest Hits' - Polydor - #825-091-2/4<br>'American Legends: Best of the Early Years' - #520-315<br>'Country Classics' - #5030<br>'Hits' – 534-667<br>'Living Proof' - #517-320<br><br>Mose Allison. Greatest Hits Prestige OJCD 60004<br><br>Erskine Hawkins. 1946-1947 Classics 1008<br><br>Charles Brown.  Blues & Other Love. 32 Records 32195<br><br>Jimmy Forrest. Out of the Forrest.  Prestige 7202. |
| In The Groove © | Joseph Manone | EU 10447 | Wingy Manone – Rare Cuts – Well Done – Jazz Crusade #3066 |
| Indiana Moon | Joseph Manone | EU 460-15 | Wingy Manone – Rare Cuts – Well Done – Jazz Crusade #3066 |
| It's Alright | Darryl McClary / Michael Allen / Faith Evans / Kevin McCord / Kenneth Whitehead | PA-895-752 | 'Nothing To Lose' soundtrack – Tommy Boy – 1997 - #1169 Queen Latifah. 'Order in the Court' Motown 530895 Queen Latifah. "Order in the Court' [clean]  Motown 530918 |
| Josephine | Brian Chatton / Nick Richards | PA – 411-051 | Profile – PRO – 1219 – 1986 Legacy Records, Ltd. LLCD 105 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Jungle Juice | Granville H. McGhee | EP 749 56 | Sticks McGhee / John Lee Hooker – Highway of Blues – King #1520 |
| Lipstick | Brian Chatton / Nick Richards | PA – 411-051 | Profile – PRO – 1219 – 1986 Legacy Records, Ltd. LLCD 105 |
| Little Joe's Boogie | Joseph Liggins | EU 219960 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006 |
| Little Things We Used To Do | Granville 'Sticks' McGhee | EP 693 18 | Sticks McGhee – 'New York Blues' – Ace Records Ltd. #502 |
| Living Your Dream | David Norland / Joanna Stevens | PA 996 605 | Solar Twins – 'Solar Twins' – 9/21/1999 / Maverick/WB |
| Mary Ann | Rafael De Leon a/k/a Hubert Charles | EU 86498 | The Wailers. Norton 902<br><br>Link Wray & the Wraymen. Epic Sessions 1958-1961 Sundazed 1108<br><br>VA. Rockabilly Stars. Columbia 37618 Columbia SP 75064<br><br>Louis Farrakhan. Calpyso favorites. Bostrox 9908. |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Mean And Evil Blues | Irene Higginbotham / Claude DeMitrius | EU 55745 | Dinah Washington 'The Complete Dinah Washington On Mercury Vol 1' Mercury #832-444 'The Complete Dinah Washington On Mercury Vol 3' Mercury #834-675<br><br>Dinah Washington. The Queen Sings Jazz. Jazz Archives No. 145<br><br>Dakota Stanton. At Storyville Collectables 5233 |
| Mississippi Boogie | James C. Liggins | EU 195180 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006<br><br>Jimmy Liggins and his Drops of Joy – Specialty #7005 |
| The Mystery (Who is God?) | W. Griffin J. Davis Irvin Drake Dan Fisher Irene Higginbotham | PA-880-543 | Eric B & Rakim. "The 18[th] Letter the Book of Life" UD 53111 |
| Nightfall | David Norland / Joanna Stevens | PA 996 605 | Solar Twins – 'Solar Twins' – 9/21/1999 / Maverick/WB |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| No Good Man | Irene Higginbotham / Dan Fisher / Sammy Gallup | EU 451 761 | Billie Holiday 'The Complete Billie Holiday on Verve' Verve #517-658 / #513-859 'The Complete Decca Recordings' GRP #601 'Lady Sings The Blues' Verve #833-770 / #521-429J 'Billie Holiday Story Vol 4' Verve #14292 'The Lady's Decca Days' MCA #31321 'More Priceless Jazz' GRP #9917 'Singing The Blues' UMG Special #589-570 Nina Simone. Anthology the Colpix Years. Rhino 72567 Nina Simone. Forbidden Fruit/ Nina Simone at Newport Collectables 6207 Nina Simone. Legend at Her Best. Collectables 36 Lil Green. Complete Recorded Works (1946-1951). Document 1527 |
| Oochi Pachi | Ralph Bass | EU 387274 | The Platters. '19 Hits' King 5002 VA- "West Coast Doo-Wop [Ace]" |
| One Sweet Letter | Joseph Liggins | EU 230135 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006 |
| Out There | David Norland / Joanna Stevens | PA 996 605 | Solar Twins – 'Solar Twins' – 9/21/1999 / Maverick/WB |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Pink Champagne | Joseph Liggins | EU 192593 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006 |
| Please Have Mercy | Ralph Bass Phyllis Otis | EU 387276 | The Platters. '19 Hits'- King 5002 |
| Puppet | David Norland / Joanna Stevens | PA 996 605 | Solar Twins – 'Solar Twins' – 9/21/1999 / Maverick/WB |
| Rain, Rain, Rain | Joseph Liggins | EU 249563 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006 |
| Rambling Blues | Joseph Liggins | EU 192594 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006 |
| Rhythm In The Barnyard | Joseph Liggins | EU 210045 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006 |
| Sentimental Lover | Joseph Liggins | EU 192592 | Joe Liggins – Drippers Boogie Vol 2 - 1992 - Specialty #7025 |
| Seventh Avenue | Irene Higginbotham | EP 130483 | Charlie Parker. Shades of Jazz SLD 23182 |
| Ships In The Night | Brian Chatton / Nick Richards | PA – 411-051 | Profile – PRO – 1219 – 1986 Legacy Records, Ltd. LLCD 105 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Splintered | David Norland / Joanna Stevens | PA 996 605 | Solar Twins – 'Solar Twins' – 9/21/1999 / Maverick/WB |
| Stop the War! The Cats Are Killing Themselves | Joseph Manone | EU 258038 | The Victory Collection - The Smithsonian Remembers when America Went to War Smithsonian Institution Pressrd 106-2 dmc3-1243 |
| Strange Woman | Ralph Bass | EU 292 164 | Muddy Waters – Live – Chess/MCA 9338<br><br>Johnny Otis – Rhythm & Blues Caravan – Savoy #92859 |
| Swayambhu | David Norland / Joanna Stevens | PA 996 605 | Solar Twins – 'Solar Twins' – 9/21/1999 / Maverick/WB |
| Tailgate Ramble | Joseph Manone | EP 177871 | Classic Capitol Jazz Sessions Mosaic  MD12-170 Feb, 199 |
| Take My Love and Run | Brian Chatton / Nick Richards | PA – 411-051 | Profile – PRO – 1219 – 1986 Legacy Records, Ltd. LLCD 105 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Tanya | Joseph Liggins | EU 589735 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006<br><br>Earl Hooker 'Simply The Best' - MCA #11811<br><br>King Curtis - Best of King Curtis EMI 36504<br>King Curtis<br><br>Plas Johnson<br>Ultra Lounge Vol. 12<br>Saxophobia EMI    37598<br><br>Plas Johnson Ultra Lounge – Sampler  EMI  38376 |
| The Big Dipper | Joseph Liggins | EU 326405 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006 |
| The Honeydripper | Joseph Liggins | EU 358679 | Joe Liggins – Joe Liggins & The Honeydrippers - 1990 - Specialty #117006 |
| Trumpet on the Wing | Joseph Manone William Dunham | EP 106-166 | Wingy Manone's Dixieland Jazz – Riverside - #1030<br>Wingy Manone – 1927-1930 – Classics #774<br>Wingy Manone – Swingin At The Hickory House – Living Era #5241 |
| Turn Over (I Like It Better That Way) | Brian Chatton / Nick Richards | PA – 411-051 | Profile – PRO – 1219 – 1986 Legacy Records, Ltd. LLCD 105 |
| Ugly Woman | Rafael de Leon | EFO-14264 | Roaring Lion – Vive Le King – Ice/Rounder – 1995<br>Roaring Lion – Sacred 78's – Ice / Rounder 1994 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Where's the Waiter? | Joseph Manone George Lottman Morris Rouse | EU 155-993 | Wingy Manone and His Orchestra 1937-1938 Classics 952 May, 1997 |
| While The Blood Runs Warm | Ralph Bass | EU 291 041 | Aretha Franklin. Released October 20, 1998.  Aretha Franklin LP entitled "You Grow Closer" MCA - 11851<br><br>Aretha Franklin  Aretha Gospel CH-91521 Aretha Franklin Absolutely The Best Of Gospel 61093 Aretha Franklin - Absolutely The Best Of Gospel 2 61092 |
| Wiggle Waggle Woggle Woo | Granville 'Sticks' McGhee | EU 348 915 | Sticks McGhee / John Lee Hooker – Highway of Blues – King #1520<br><br>Sticks McGhee – 'New York Blues' – Ace Records Ltd. #502 |
| Whiskey, Women & Loaded Dice | Granville 'Sticks' McGhee | EP 725 25 | Joe Liggins – Joe Liggins & The Honeydrippers -  1990 - Specialty #117006<br><br>Sticks McGhee / John Lee Hooker – Highway of Blues – King #1520<br><br>Sticks McGhee – 'New York Blues' – Ace Records Ltd. #502 |
| The Fanatic | Joseph Spry / Jeffrey Spry / Arthur Blea / Luis Ruiz / Daniel Sands | PA 169-967 | Felony – 'The Fanatic' - Rock N Roll Records #38453 VA- Just Can't Get Enough: New Wave Hits of the 80's, Vol. 11 Rhino 71974 VA- Richard Blade's Flashback Favorites, Vol. 3 Oglio 24353 OST- Valley Girl (Music from the Soundtrack). Rhino 71590 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|-------|---------|------------|---------|
| No Room In Heaven | Joseph Spry / Jeffrey Spry | PA 169-968 | Felony – 'The Fanatic' - Rock N Roll Records #38453 |
| One Step | Joseph Spry / Jeffrey Spry / Arthur Blea / Luis Ruiz / Daniel Sands | PA 169-969 | Felony – 'The Fanatic' - Rock N Roll Records #38453 |
| Aggravated Man | Joseph Spry / Jeffrey Spry / Arthur Blea / Luis Ruiz / Daniel Sands | PA 169-970 | Felony – 'The Fanatic' - Rock N Roll Records #38453 |
| What A Way To Go | Luis Ruiz / Jeffrey Spry | PA 169-971 | Felony – 'The Fanatic' - Rock N Roll Records #38453 |
| Kristine | Jeffrey Spry | PA 169-972 | Felony – 'The Fanatic' - Rock N Roll Records #38453 |
| The Girl Ain't Straight | Joseph Spry / Jeffrey Spry / Luis Ruiz | PA 169-973 | Felony – 'The Fanatic' - Rock N Roll Records #38453 |
| 666 Beware | Joseph Spry / Jeffrey Spry | PA 169-975 | Felony – 'The Fanatic' - Rock N Roll Records #38453 |
| Positively Negative | Joseph Spry / Jeffrey Spry | PA 169-976 | Felony – 'The Fanatic' - Rock N Roll Records #38453 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|-------|---------|-----------|---------|
| This Christmas | Nadine McKinnor / Donny Hathaway | EU 288 248 | VA – 'Now That's What I Call Christmas' – Univ. -#585620<br>VA – 'Christmas In The City' - Motown #636-326<br>Four Tops – 'Christmas Here With You' -  #530-585<br>Temptations – 'Best of Temptations Christmas' – Motown #014-594<br>VA – 'Mojazz Christmas Album' – Motown #530-353<br>VA – 'Making Spirits Bright: A Smooth Jazz Christmas' – #549-839<br><br>Donny Hathaway.  Donny Hathaway Rhino R2 71519<br>VA- Body and Soul: Christmas.  Time-Life 18740 |
| This Christmas | Nadine McKinnor / Donny Hathaway | EU 288 248 | VA- Soul Christmas Classics Rhino Flashback 75296<br>VA- Soul Christmas Classics Rhino Flashback 75296<br>Destiny's Child - '8 Days of Christmas' Columbia/Sony #86098<br>'Friday After Next' soundtrack Hollywood Records, #162-378.<br>Christina Aguilera's 'My Kind of Christmas' BMG#69343 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|-------|---------|-----------|---------|
| This Christmas | Nadine McKinnor / Donny Hathaway | EU 288 248 | VA- K-Earth's Soulful Oldies Christmas Collectables 9754<br>VA- Soulful Christmas Collectables 9718<br>VA- A Soulful Christmas: WDAS 105.3 FM Philadelphia Collectables 5679<br>VA- A Soulful Christmas: WMXD 92.3 FM Detroit, Michigan Collectables 9723<br>VA- The Ultimate Christmas Album, Vol 1: WOGL 98.1 Philadelphia Collectables 1511<br>VA- The Ultimate Christmas Album, Vol. 2: 3WS 94.5 FM Collectables 9724<br>VA- The Ultimate Christmas Album, Vol 4: WODS 103FM Boston Collectables 3511 |
| This Christmas | Nadine McKinnor / Donny Hathaway | EU 288 248 | VA- The Ultimate Christmas Album: K-Earth 101 FM Collectables 9611<br>VA- The Ultimate Christmas Album: KFRC 610 AM 99.7 FM Collectables 9725<br>VA- The Ultimate Christmas Album: KLUV Collectables 9728<br>VA- The Ultimate Christmas Album: WCBS FM 101.1 Collectables 2511<br>VA- The Ultimate Christmas Album: WJMK 104.3 Chicago Collectables 9711<br>VA- The Ultimate Christmas Album Collectables 9793 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| This Christmas | Nadine McKinnor / Donny Hathaway | EU 288 248 | EMI:<br>Ann Hampton Callaway – 'This Christmas' – Angel VA - 'Now That's What I Call Christmas' – Virgin #585-620<br>VA – 'Smooth Jams Christmas' - Capitol #53041<br>Donny Hathaway<br>All-4-One – 'An All-4-One Christmas' – Atlantic #82846<br>Donny Hathaway 'Collection'- Atlantic #82092<br>Peabo Bryson. Peace on Earth. Private Music 82186<br>Capitol 33306<br>Ann Hampton Callaway. This Christmas Angel 33308<br>Capitol 33308<br>N2K 4235<br>VA- R&B Christmas, Vol. 2 EMI-Cap Special Markets 19416<br>VA – Slow Jams Christmas, Vol. 2<br>Capitol 21180<br>The Whispers. Happy Holidays to You<br>CBS 75305<br>1989- Col 75305<br>1996 Capitol 53964B<br>Castle 511<br>Bobby Womack. Traditions. Capitol 23560<br>VA- Slow Jams Christmas, Vol. 1<br>Capitol 53041<br>VA- R&B Christmas, Vol. 2 EMI-Cap Special Markets 19416<br>VA – Slow Jams Christmas, Vol. 2 Capitol 21180<br><br>VUE:<br>The Four Tops. Christmas Here With You. Motown 314530585<br>UNI SP 530585<br>VA- Christmas in the City. Mot 06326<br>Russ Freeman. GRP 59826<br>Patti LaBelle. This Christmas. MCAD 10113 |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Fan Tan | Russell Freeman | EU0000435494 | Russ Freeman<br><br>Shelly Manne |
| The Honeydripper | Joseph Liggins | EU 358679 | Cab Calloway<br><br>Oscar Peterson<br><br>Lionel Hampton<br><br>Joe Liggins<br><br>Buddy Guy |
| Drinkin' Wine Spo-Dee-O-Dee | Granville McGhee | EU 160748 | Sticks McGhee<br><br>The Howlin' Diablos |
| The Ghetto | Donny Hathaway<br>Leroy Hutson | EP0000265446 | Donny Hathaway |
| Take a Love Song | Donny Hathaway<br>Nadine Mckinnor | EU0000248489 | Donny Hathaway |
| Valdes in the Country | Donny Hathaway | RE0000750496 | Donny Hathaway |
| Someday We'll All Be Free | Donny Hathaway<br>Edward Howard | EU0000323001 | Donny Hathaway<br><br>Alicia Keys<br><br>Bobby Womack |
| Is it Because I'm Black? | Syl Johnson<br>Glenn Watts<br>J Jones | PA0001192702 | Syl Johnson<br><br>Ken Boothe |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| The Sun Forgot to Shine This Morning | Bill Carey Carl Fischer | EU 276126 | Ella Fitzgerald |
| The Day Isn't Long Enough | Bill Carey Carl Fischer | E 111297 | The Four Freshman |
| When You Trim Your Christmas Tree | Bill Carey Sonny Burke Ed Powell | R 562537 | Bing Crosby |
| Who Wouldn't Love You? | Bill Carey Fischer | R-459555 | Kay Kyser Orchestra The Ink Spots Steve Lawrence and Eydie Gorme |
| How Cute Can You Be | Bill Carey Fischer | R 562531 | Nat King Cole Frank Sinatra |
| Turkey Hop Part I and Turkey Hop Part II | Ralph Bass Johnny Otis | EU191600 EU191599 | Johnny Otis |
| Yield Not to Temptation | Ralph Bass Sonny Thompson | EU0000211960 | Aretha Franklin |
| While the Blood Runs Warm | Ralph Bass Sonny Thompson | EU0000204480 | Aretha Franklin |
| Walkin' Blues | Ralph Bass | RE 32-281 | Royal Crown Review Charlie Musselwhite |

**MICROHITS, Inc. et. al. v. Megaupload.com – Microhits Song/Recording List Part 1.**

| Title | Writers | Orig. Reg. | Release |
|---|---|---|---|
| Strange Woman | Ralph Bass | | Muddy Waters |
| Could Ja' | Bill Carey | R 562531 | Nat King Cole<br><br>Frank Sinatra |

Microhits Sound Recordings

| | | | |
|---|---|---|---|
| Ronnie Hudson. West Coast Poplock (contained on Various Artists Compilation entitled "Magic Disc Records West Coast Rapthology") | Microhits, Inc. | SR 672-315 | |
| Felony. The Fanatic. | Microhits, Inc. / CBX Records employer-for-hire | SR- 44 719 | |
| "I Wanna Be A Cowboy" as performed by the musical group "Boys Don't Cry" | Microhits, Inc./ Legacy Records Ltd. –Employer-for-hire | SR 293 851 | |
| Shandi. | Microhits, Inc. | SR0000643443 | |
| The Morgansterns.  No Talking. | Microhits, Inc. | SRu000932978 | |
| | | | |