# EXHIBIT B

| TITLE | COPYRIGHT # |
|---|---|
| A Case of Deadly Force | Pau3-070-309 |
| A Christmas Without Snow | Public Domain |
| Almost | Applied For |
| Aurora | PA0000316021 |
| Beast From the Haunted Cave | Pau3-070-309 |
| Beyond Obsession | Pau3-106-120 |
| Born to Win | Pau3-106-120 |
| Choices | Pau3-125-405 |
| Code Name Wild Geese | Applied For |
| Cold Blood | Pau3-125-405 |
| Cold Sweat | Applied For |
| | Applied For |
| Conflict | Pau3-072-073 |
| Constantine and the Cross | Public Domain |
| Crazy Streets | Pau3-060-190 |
| Cry of the Penguins | Pau3-106-120 |
| Dan Candy's Law | Pau3-125-405 |
| David and Goliath | Public Domain |
| DBL Cold Sweat/Shattered Silence | Applied For |
| DBL Constantine and the Cross/Giants of Rome | Public Domain |
| DBL Esther and the King/David and Goliath | Public Domain |
| DBL Feature--Double Cross/No Mercy | Pau3-125-329 |
| DBL Legend of Eight Samauri/Screaming Ninja | Pau3-125-329 |
| DBL The Master/Return of the Tiger | Pau3-125-405 |
| Dead Before Dawn | Pau3-060-190 |
| Deadly Justice | Pau3-072-073 |
| Devil Dog | Pau3-095-202 |
| Double Cross | Pau3-125-329 |
| Enforcer From Death Row | Pau3-070-309 |
| Esther and the King | Public Domain |
| Everlasting Chivalry | Applied For |
| Final Comedown | Public Domain |
| Gangland | Pau3-072-073 |
| Giants of Rome | Public Domain |
| Hired to Kill | Pau3-070-309 |
| Holiday Family Collection | Public Domain |
| Horrors of the Red Planet | Pau3-072-073 |
| Its Good to Be Alive | Public Domain |
| Lassie | Applied For |
| Legend of A Fighter | Applied For |
| License to Kill | Pau3-106-120 |
| Life Full of Evils | Ao.lied For |
| Loophole | Pau3-060-190 |
| Mountaintio Motel | PA0000218260 |
| My Lucky Stars | Pau3-106-120 |
| No Mercy | Pau3-125-329 |
| Renfroe's Christmas | Pau-002192763 |
| Return of the Tiger | Pau-3-125-405 |
| River Niger | Public Domain |
| Roboman | Pau3-125-329 |
| Taureg | Pau3-072-073 |
| Sanda & The Three Bears | Pau-2-054-859 |
| Santa Claus Conquers the Martians | Public Domain |
| Shattered Silence | Applied For |
| South Bronx Heroes | Public Domain |
| Starcrash | Pau3-072-073 |
| Summer City | Pau3-060-190 |
| Teen Vamp | V2425P244 |
| The Chirstmas Wife | Public Domain |
| The Cold Room | Pau3-125-405 |
| The Con Artist | Applied For |
| The Efficiency Expert | Pau3-060-190 |
| The Formula | Pau3-106-120 |
| *The* Inside Man | Pau3-070-309 |
| The Magic Christmas Tree | Applied For |
| The Master | Pau3-125-329 |
| The Nativity, the Life of Jesus Christ | Pau3-365-822 |
| The Swap (AKA Switch) | Pau3-070-309 |
| Thieves Christmas | Applied For |
| Video Murders | PA0000377692 |
| Where the Red Fern Grows Part II | V261P453 |