(1 - UNEXECUTED)
FILED

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2012 MAR 30 A 10: 22

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| Microhits, Inc., Valcom, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No. 12cv327 |
| MegaUpload Limited, Vestor Limited, Kim Dotcom (aka Kim Schmitz), Mathias Ortmann | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MEGAUPLOAD, LTD.
11th Floor
AXA Centre
151 Gloucester Road
Serve: Attn: SBC International (Registered Agent for Service)
Wan Chai, Hong Kong

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas M. Dunlap, Esq.
Dunlap, Grubb & Weaver PLLC
199 Liberty St. SW
Leesburg, VA 20175

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/22/2012

Kathryn M. Stasko
*Signature of Clerk or Deputy Clerk*