**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia**

| | |
|---|---|
| MICROHITS, INC., *et al.*,  Plaintiffs, | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 12cv327 (LO)<br>)<br>) |
| MEGAUPLOAD, LTD., *et al.*,  Defendants. | )<br>)<br>)<br>) |

**PLAINTIFFS' FINANCIAL DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1, Plaintiffs Microhits, Inc. ("Microhits") and Valcom, Inc. ("Valcom") hereby file the instant Financial Disclosure Statement.

Plaintiffs Microhits and Valcom state as follows:

1) ValCom is a publicly traded company that has been in business since 1983. The company has over 2,000 shareholders and owns numerous subsidiaries:

   - Valencia Entertainment International: Film and Audio library (100% owned by ValCom);
   - My Family TV: Television Network with over 90 affiliated stations across the United States (100% owned by ValCom);
   - Five Platters, Inc. (100% owned by ValCom);
   - ValCom Broadcasting (45% owner of KVPS-TV in Palm Springs, CA);
   - ValCom Publishing (45% owner of Brentwood Magazine).

   Microhits is not a publicly-traded company.

2) There exists no publicly held company that owns 10% or more of the stock of Microhits;

3) The majority owner of Microhits consists as follows: Anthony Barlo, of Los Angeles, California.

Respectfully submitted,

_____/s/_____
Thomas M. Dunlap, Esq.
Virginia Bar No. 44016
W. Clifton Holmes, Esq.
Virginia Bar No. 78157
David Ludwig, Esq.
Virginia Bar No. 73157
Dunlap, Grubb & Weaver PLLC
199 Liberty St, SW
Leesburg, VA 20175
(703) 777-7319 (t)
(703) 777-3656 (f)
tdunlap@dglegal.com
cholmes@dglegal.com
dludwig@dglegal.com

April 12, 2012