FILED

AO 440 (Rev 12 09) Summons in a Civil Action (Page 2)

Civil Action No. 12 cv 327

2012 APR 26  P 12: 27

**PROOF OF SERVICE**

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MEGAUPLOAD, LTD
was received by me on *(date)* 5 APRIL 2012.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Miss JoJo Ip, who is designated by law to accept service of process on behalf of *(name of organization)* MEGAUPLOAD LTD
on *(date)* 10 APRIL 2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 415.~~0.00~~

I declare under penalty of perjury that this information is true.

Date: 12 APRIL 2012

*Server's signature*

YUEN CHEUK LAM        INVESTIGATOR
*Printed name and title*

FLAT B, 9/F, WAH HEN COMMERCIAL
CENTRE, 381-383 HENNESSY ROAD, HONG KONG
*Server's address*

Additional information regarding attempted service, etc: