UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROHITS, INC., *et al.*,<br><br>            *Plaintiffs*<br>   v.<br><br>MEGAUPLOAD, LTD., *et al.*,<br><br>            *Defendants* | )<br>)<br>)<br>)   No. 1:12-cv-327<br>)   (LO/IDD)<br>)<br>)<br>) |

**ORDER**

This matter came before the Court on the motion filed by Defendants Kim Dotcom and Megaupload Ltd. to stay this civil action pending the parallel criminal action being prosecuted against them—that is, *United States v. Kim Dotcom, et al.*, No. 1:12-cr-00003-LO (E.D. Va. filed Jan. 5, 2012) ("*Criminal Action*"). Upon consideration of the motion and the arguments made by the parties, and having balanced the competing interests, and finding that a stay should be entered, it is hereby

ORDERED that this civil action is stayed pending the termination of the *Criminal Action*, or until further order of the Court.

ENTERED this ____ day of June 2012.


Alexandria, Virginia                                        _____
                                                            Liam O'Grady
                                                            United States District Judge