## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:12-cv-00327-LO-IDD , Case Name Microhits, Inc. et al v. Megaupload, Ltd. et al

Party Represented by Applicant: Megaupload, Ltd. and Kim Dotcom

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

MAY 1 0 2012

CLERK, U.S.

FULL NAME (no initials, please) IRA PERRY ROTHKEN

Bar Identification Number 160029            State CA

Firm Name ROTHKEN LAW FIRM

Firm Phone # 415-924-4250            Direct Dial # _____            FAX # 415-924-2905

E-Mail Address ira@techfirm.net

Office Mailing Address 3 HAMILTON LANDING, STE 280, NOVATO CA 94949

Name(s) of federal court(s) in which I have been admitted ND CA, CD CA, SD CA, ED WI, 9th Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not X ____ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)

CRAIG C. REILLY
(Typed or Printed Name)

5/8/12
(Date)

20942
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/ LO'G
(Judge's Signature)
Liam O'Grady
United States District Judge

May 10, 2012
(Date)