UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MICROHITS, INC., *et al.*, | ) | |
| | ) | |
| *Plaintiffs* | ) | |
| | ) | No. 1:12-cv-327 |
| v. | ) | (LO/IDD) |
| | ) | |
| MEGAUPLOAD, LTD., *et al.*, | ) | |
| | ) | |
| *Defendants* | ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, May 18, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants Kim Dotcom and Megaupload Ltd. will present oral argument in support of their emergency motion (Doc. 21) for an additional extension of time to plead or otherwise respond to the Complaint.

Dated:  May 11, 2012

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-2604
craig.reilly@ccreillylaw.com

Ira P. Rothken (pro hac vice pending)
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net

*Counsel for Defendants Kim Dotcom and
Megaupload, Ltd.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2012, the foregoing pleading or paper was filed and served electronically by the Court's CM/ECF system upon all parties:

> William Clifton Holmes
> DUNLAP, GRUBB & WEAVER PLLC
> 199 Liberty St SW
> Leesburg, VA 20175
> 703-777-7319
> Fax: 703-777-3656
> Email: cholmes@dglegal.com
> *Counsel for Plaintiffs*

> /s/ Craig C. Reilly
> Craig C. Reilly, Esq. (VSB # 20942)
> 111 Oronoco Street
> Alexandria, Virginia 22314
> TEL (703) 549-5354
> FAX (703) 549-2604
> craig.reilly@ccreillylaw.com
> *Counsel for Defendants Kim Dotcom and*
> *Megaupload, Ltd.*