**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia**

| | |
|---|---|
| MICROHITS, INC., *et al.*, | ) ) |
| Plaintiffs, | ) ) Civil Action No. 12cv327 (LO) |
| v. | ) ) |
| MEGAUPLOAD, LTD., *et al.*, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of Court will please note the appearance of David Ludwig of the law firm Dunlap, Grubb & Weaver, PLLC as counsel of record for Plaintiffs Microhits, Inc and Valcom, Inc. in the above-styled case.

I certify that I am admitted to practice in this Court.

Respectfully Submitted,

\_\_\_/s/_____
David Ludwig (VSB #73157)
Attorney for Plaintiffs Microhits, Inc. and Valcom, Inc.
DUNLAP, GRUBB & WEAVER, PLLC
199 Liberty Street, SW
Leesburg, VA  20175
(703) 777-7319
(703) 777-3656 (fax)
dludwig@dglegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2012, the foregoing Notice of Entry of Appearance was filed and served electronically by the Court's CM/ECF system upon all registered users:

>Craig C. Reilly, Esq. (VSB # 20942)
>111 Oronoco Street
>Alexandria, Virginia 22314
>TEL (703) 549-5354
>FAX (703) 549-2604
>craig.reilly@ccreillylaw.com
>
>Ira P. Rothken (pro hac vice)
>ROTHKEN LAW FIRM
>3 Hamilton Landing
>Suite 280
>Novato, CA 94949
>(415) 924-4250
>(415) 924-2905 (fax)
>ira@techfirm.net
>
>*Counsel for Defendants Kim Dotcom and Megaupload, Ltd.*

>    /s/
>David Ludwig (VSB #73157)
>Attorney for Plaintiffs Microhits, Inc. and Valcom, Inc.
>DUNLAP, GRUBB & WEAVER, PLLC
>199 Liberty Street, SW
>Leesburg, VA  20175
>(703) 777-7319
>(703) 777-3656 (fax)
>dludwig@dglegal.com