UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MAY 18 2012

MICROHITS, INC., *et al.*,

    *Plaintiffs*

v.

MEGAUPLOAD, LTD., *et al.*,

    *Defendants*

No. 1:12-cv-327
(LO/IDD)

## AGREED ORDER

THIS MATTER is before the Court on the emergency motion for an extension of the time to plead or respond filed by Defendants Kim Dotcom and Megaupload, Ltd. (Doc. 21), and it appearing from the endorsements of counsel below that Defendants and Plaintiffs agree to an extension to, and including, June 22, 2012, for all defendants who have been served thus far, and it otherwise appearing to be proper to do so, it is hereby

ORDERED that the time for the Defendants to answer, move, or otherwise respond to the complaint shall be extended to and including June 22, 2012.

ENTERED this 18th day of May 2012.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge

**ENDORSEMENTS ON NEXT PAGE**

|  | WE AGREE TO THIS: |
|---|---|
| *[signature]*<br>Craig C. Reilly, Esq. (VSB# 20942)<br>111 Oronoco Street<br>Alexandria, Virginia 22314<br>TEL (703) 549-5354<br>FAX (703) 549-2604<br>craig.reilly@ccreillylaw.com<br>*Counsel for Defendants Kim Dotcom and Megaupload, Ltd.* | *W. C. Holmes by CCR w/ permission*<br>William Clifton Holmes<br>DUNLAP, GRUBB & WEAVER, PLLC<br>199 Liberty St SW<br>Leesburg, VA 20175<br>703-777-7319<br>Fax: 703-777-3656<br>Email: cholmes@dglegal.com<br>*Counsel for Plaintiffs* |
| Ira P. Rothken (*pro hac vice*)<br>ROTHKEN LAW FIRM<br>3 Hamilton Landing<br>Suite 280<br>Novato, CA 94949<br>(415) 924-4250<br>(415) 924-2905 (fax)<br>ira@techfirm.net<br><br>*Counsel for Defendants Kim Dotcom and Megaupload, Ltd.* | |