# DECLARATION

I, CHEUK LAM YUEN    Holder of Hong Kong I/C No: K820731(3)
of  Flat B, 9/F., Wah Hen Commercial Centre, 381-383 Hennessy Road, Wanchai. Homg Kong.
solemnly and sincerely declare that:

The information contained in the "Case No: 1868 Report" statement attached marked "A1", "A2", "A3", "A4", "A5" and "A6" is true and correct.



And I make this solemn declaration conscientiously believing the same to be true and by virtue of the Oaths and Declarations Ordinance.

**Wan Chai District Office**

Declared at
in the Hong Kong Special Administrative Region
this          day of  **16 APR 2012**
through the interpretation of
of
the said interpreter having been also first declared that he/she* had truly, distinctly and audibly interpreted the contents of this document to the declarant, and that he/she* would truly and faithfully interpret the declaration about to be administered to him/her*.
Before me,

**CHUI Wing-mei**
Commissioner for Oaths

.................................................
(signature of declarant)

I,                         , of
, solemnly and sincerely declare that I well understand the English and Chinese languages and that I have truly, distinctly and audibly interpreted the contents of this document to the declarant , and that I will truly and faithfully interpret the declaration about to be administered to him/her*.

Declared at
in the Hong Kong Special Administrative Region
this          day of
Before me,

.................................................
(signature of interpreter)

# INTERCONTINENTAL

## MEGAUPLOAD, LTD

11th Floor, AXA Centre,
151 Gloucester Road,
Serve: SBC International (Registered Agent for Service)
Wanchai, Hong Kong

This is the exhibit marked A4 referred to in the Declaration of Yuen Cheuk Lam declared before me on 16 APR 2012.
CHUI Wing-mei
Commissioner for Oaths

Receipt Signature: _____
10 APR 2012   14:34

鷹 聯

私 家 偵 探 社

**(FLORIDA U.S.A.)**
**INTERCONTINENTAL PRIVATE DETECTIVE AGENCY**

This is the exhibit marked ___A2___ referred to in the Declaration of Yuen Cheuk Lam declared before me on **16 APR 2012**

CHUI Wing-mei
Commissioner for Oaths

On 10th April 2012 (Tuesday), I went to 11th Floor, AXA Centre, 151 Gloucester Road, Wanchai, Hong Kong and arrived at 14:30 hours. Prepare to delivery the package of document to 'MegaUpload Limited'.





I took the lift to 11th Floor, and saw there is a signboard of "SBC International" hanging at 11th Floor, but doesn't found any signboard of 'MegaUpload Limited' hanging at above address.

I went into the reception and ask the staff there if 'MegaUpload Limited' is operating at the above address? And said I want to serve the documents to 'MegaUpload Limited' by hand.

【Page Two】



鷹聯

私家偵探社

**(FLORIDA U.S.A.)**
# INTERCONTINENTAL PRIVATE DETECTIVE AGENCY

This is the exhibit marked ___A3___ referred to in the Declaration of Yuen Cheuk Lam declared before me on **16 APR 2012**

CHUI Wing-mei
Commissioner for Oaths

The staff at above address, Miss JoJo Ip, answered me 'MegaUpload Limited' is operating at the above address, and said she can assist deliver the document to 'MegaUpload Limited'.

I then left the document to Miss JoJo Ip by hand and request her to acknowledge receipt then Miss JoJo Ip stamped on the receipt as acknowledgement.



Then I left 11th Floor, AXA Centre, 151 Gloucester Road, Wanchai, Hong Kong at around 14:40 hours.

【Page Three】