IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROHITS, INC., *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No.: 1:12-cv-327 |
| MEGAUPLOAD, LTD., *et al.*, | ) ) ) |
| Defendants. | ) |

### ORDER

Before the Court is Defendants' Kim Dotcom and Megaupload Ltd.'s Motion for a Stay Pending a Parallel Criminal Prosecution (Dkt. No. 16). The Court has reviewed the parties' pleadings, and for good cause appearing, it is hereby ORDERED that

The Motion is GRANTED in part. The above captioned matter is STAYED for 180 days, absent a substantive change in circumstances in either this cause of action or the related criminal matter, at which time either party may seek further relief from the Court.

May 30, 2012
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge