# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| MICROHITS, INC., *et al.*, | ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 12cv327 (LO) |
| v. | ) ) |
| MEGAUPLOAD, LTD., *et al.*, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF HEARING

Please take notice that on June 22, 2012 at 10:00 a.m., or as soon thereafter as the parties may be heard, at the United States District Court for the Eastern District of Virginia, Plaintiffs Microhits, Inc. and Valcom, Inc., by counsel, will present Plaintiffs' Motion for Reconsideration or in the Alternative to Certify The Court's May 31, 2012 Order for Interlocutory Appeal.

Respectfully submitted,

/s/
Thomas M. Dunlap, Esq.
Virginia Bar No. 44016
W. Clifton Holmes, Esq.
Virginia Bar No. 78157
David Ludwig, Esq.
Virginia Bar No. 73157
Dunlap, Grubb & Weaver PLLC
199 Liberty St, SW
Leesburg, VA 20175
(703) 777-7319 (t)
(703) 777-3656 (f)
tdunlap@dglegal.com
cholmes@dglegal.com
dludwig@dglegal.com

Counsel for Plaintiffs Microhits, Inc. and Valcom, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of June, 2012, I caused copies of the foregoing to be served upon the following via the CM/ECF system:

> Craig C. Reilly, Esq. (VSB # 20942)
> 111 Oronoco Street
> Alexandria, Virginia 22314
> TEL (703) 549-5354
> FAX (703) 549-2604
> craig.reilly@ccreillylaw.com
>
> Ira P. Rothken, Esq.
> ROTHKEN LAW FIRM
> 3 Hamilton Landing
> Suite 280
> Novato, CA 94949
> (415) 924-4250
> (415) 924-2905 (fax)
> ira@techfirm.net
> *Counsel for Defendants Kim Dotcom and Megaupload, Ltd.*

_____/s/_____
W. Clifton Holmes