# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF VIRGINIA
### Alexandria, Virginia

| | |
|---|---|
| MICROHITS, INC., *et al.*, | ) ) |
| Plaintiffs, | ) ) Civil Action No. 12cv327 (LO) |
| v. | ) ) |
| MEGAUPLOAD, LTD., *et al.*, | ) ) |
| Defendants. | ) ) |

## PLAINTIFFS' NOTICE OF ERRATA

In the Opposition brief filed by Plaintiffs Microhits, Inc. and Valcom, Inc. dated November 29, 2012 (Dkt. No. 38), the word "wrongfully" incorrectly appears in the third line of footnote 4, page 5 immediately preceding the word "belonging"; it should instead appear immediately preceding the word "pilfered" in the second line of that same footnote.

Respectfully submitted,

/s/
Thomas M. Dunlap, Esq.
Virginia Bar No. 44016
W. Clifton Holmes, Esq.
Virginia Bar No. 78157
David Ludwig, Esq.
Virginia Bar No. 73157
Dunlap, Grubb & Weaver PLLC
199 Liberty St, SW
Leesburg, VA 20175
(703) 777-7319 (t)
(703) 777-3656 (f)
tdunlap@dglegal.com
cholmes@dglegal.com
dludwig@dglegal.com

Counsel for Plaintiffs Microhits, Inc. and Valcom, Inc.

November 29, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November, 2012, I caused copies of the foregoing to be served upon the following via the CM/ECF system:

>Craig C. Reilly, Esq. (VSB # 20942)
>111 Oronoco Street
>Alexandria, Virginia 22314
>TEL (703) 549-5354
>FAX (703) 549-2604
>craig.reilly@ccreillylaw.com
>
>Ira P. Rothken, Esq.
>ROTHKEN LAW FIRM
>3 Hamilton Landing
>Suite 280
>Novato, CA 94949
>(415) 924-4250
>(415) 924-2905 (fax)
>ira@techfirm.net
>*Counsel for Defendants*

>_____/s/_____
>W. Clifton Holmes