**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MIRCOHITS, INC., ET AL.<br><br>Plaintiffs,<br><br>-v-<br><br>MEGAUPLOAD, LTD., ET AL,<br><br>Defendants. | Civil Action No. 1:12-cv-327 |

## ORDER

This matter was previously stayed on May 30, 2012 due to a pending parallel criminal prosecution. The Court has reviewed the matter, as well as the briefs submitted by the parties, and determined that the reasons given for the original stay still persist. Therefore, it is now **ORDERED**:

1. This matter is **STAYED** for six months from the date of this order.

2. If there is a change in circumstances, either in this action or the related criminal matter, the parties are instructed to notify the Court.

January 30, 2013
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge