**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| Microhits, Inc. et al., ) | |
| ) | |
| ) | |
| ) Civil Action No. 12-cv-00327-LO-IDD | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Megaupload, Ltd. et al, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF WITHDRAWAL

Please take notice that the undersigned counsel hereby notices his withdrawal as counsel for Plaintiffs in this matter. The undersigned, previously an Associate at DunlapWeaver PLLC, is no longer affiliated with the law firm of DunlapWeaver PLLC.

                                                            Respectfully submitted,

                                                            _____/s/_____
                                                            W. Clifton Holmes, Esq.
                                                            Va. Bar. No. 78157
                                                            (703) 589-3678 (t)

April 7, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th of April, 2013, I caused a copy of the foregoing Notice of Withdrawal to be served via the District Court's electronic filing (ECF) system upon:

>David Ludwig
>DunlapWeaver PLLC
>199 Liberty St SW
>Leesburg, VA 20175-2715
>dludwig@dunlapweaver.com
>Counsel for Plaintiffs
>
>Craig Crandall Reilly
>Law Office of Craig C. Reilly
>111 Oronoco St
>Alexandria, VA 22314
>craig.reilly@ccreillylaw.com
>Counsel for Defendants

_____/s/_____
W. Clifton Holmes, Esq.