IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| MIRCOHITS, INC., ET AL. | |
|---|---|
| Plaintiffs, | |
| -v- | Civil Action No. 1:12-cv-327 |
| MEGAUPLOAD, LTD., ET AL, | |
| Defendants. | |

## ORDER

This matter was previously stayed on January 30, 2013 due to a pending parallel criminal prosecution. The Court has reviewed the matter and determined that the reasons given for the original stay still persist. Therefore, it is now **ORDERED**:

1. This matter is **STAYED** for six months from the date of this order.
2. If there is a change in circumstances, either in this action or the related criminal matter, the parties are instructed to notify the Court.

August 1, 2013
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge