IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROHITS, INC., et al.,<br><br>                     Plaintiffs,<br><br>     -v-<br><br>MEGAUPLOAD, LTD., et al.,<br><br>                     Defendants. | Civil Action No. 1:12-cv-00327 |

## ORDER

Before the Court is Defendants' Request to Extend the Stay (Dkt. No. 45). This matter has been stayed since May 2012 as a result of a parallel criminal prosecution before this Court. The Court has reviewed the Defendants' request to continue the stay, and finding good cause, it is hereby **ORDERED**:

1. The stay in this matter is **EXTENDED** for an additional six (6) months until August 1, 2014, subject to the parties' rights to seek relief based on a substantive change in circumstances in this cause of action or the related criminal matter.

January 31, 2014
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge