UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROHITS, INC., *et al.*,<br><br>                *Plaintiffs*<br>   v.<br><br>MEGAUPLOAD, LTD., *et al.*,<br><br>                *Defendants* | No. 1:12-cv-327<br>(LO/IDD) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, July 25, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Megaupload Limited will present oral argument in support of its motion for a continuation of the stay of this litigation.

Dated:  July 18, 2014                    Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-2604
craig.reilly@ccreillylaw.com
*Counsel for Defendant Megaupload, Ltd.*


Ira P. Rothken (*pro hac vice* pending)
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net

*Counsel for Defendant Megaupload, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2014, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

>Thomas M. Dunlap
>David Ludwig
>DUNLAP WEAVER PLLC
>199 Liberty St SW
>Leesburg, VA 20175
>Email: dludwig@dunlapweaver.com
>*Counsel for Plaintiffs*

>/s/ Craig C. Reilly
>Craig C. Reilly, Esq. (VSB # 20942)
>111 Oronoco Street
>Alexandria, Virginia 22314
>TEL (703) 549-5354
>FAX (703) 549-2604
>craig.reilly@ccreillylaw.com
>*Counsel for Defendant Megaupload, Ltd.*