UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROHITS, INC., *et al.*,<br><br>　　　　　*Plaintiffs*<br>　　v.<br><br>MEGAUPLOAD, LTD., *et al.*,<br><br>　　　　　*Defendants* | )<br>)<br>)<br>)　No. 1:12-cv-327<br>)　　(LO/IDD)<br>)<br>)<br>) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, April 10, 2015, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Megaupload Limited will present oral argument in support of its motion for a continuation of the stay of this litigation (Dkt. No. 52).

Dated:  Mar. 31, 2015　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Craig C. Reilly
　　　　　　　　　　　　　　　　　　　　Craig C. Reilly, Esq. (VSB # 20942)
　　　　　　　　　　　　　　　　　　　　111 Oronoco Street
　　　　　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　　　　　TEL (703) 549-5354
　　　　　　　　　　　　　　　　　　　　FAX (703) 549-5355
　　　　　　　　　　　　　　　　　　　　craig.reilly@ccreillylaw.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Megaupload, Ltd.*


　　　　　　　　　　　　　　　　　　　　Ira P. Rothken (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Jared R. Smith (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　ROTHKEN LAW FIRM
　　　　　　　　　　　　　　　　　　　　3 Hamilton Landing
　　　　　　　　　　　　　　　　　　　　Suite 280
　　　　　　　　　　　　　　　　　　　　Novato, CA 94949
　　　　　　　　　　　　　　　　　　　　(415) 924-4250
　　　　　　　　　　　　　　　　　　　　(415) 924-2905 (fax)
　　　　　　　　　　　　　　　　　　　　ira@techfirm.net

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Megaupload, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2015, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

    Thomas M. Dunlap
    David Ludwig
    DUNLAP WEAVER PLLC
    199 Liberty St SW
    Leesburg, VA 20175
    Email: dludwig@dunlapweaver.com
    *Counsel for Plaintiffs*

    /s/ Craig C. Reilly
    Craig C. Reilly, Esq. (VSB # 20942)
    111 Oronoco Street
    Alexandria, Virginia 22314
    TEL (703) 549-5354
    FAX (703) 549-5355
    craig.reilly@ccreillylaw.com
    *Counsel for Defendant Megaupload, Ltd.*