## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF VIRGINIA
### Alexandria, Virginia

| | |
|---|---|
| **MICROHITS, INC.,**   *et al.*, | ) ) |
| Plaintiffs, | ) ) ) Civil Action No. 12cv327 (LO) |
| v. | ) ) |
| **MEGAUPLOAD, LTD.,**   *et al.*, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF HEARING

Please take notice that on April 10, 2015 at 10:00 a.m., or as soon thereafter as the parties may be heard, at the United States District Court for the Eastern District of Virginia, Thomas M. Dunlap, David Ludwig, Christina M. Heischmidt and the law firm of Dunlap Bennett & Ludwig PLLC (f/k/a DunlapWeaver PLLC) will present their Motion for Withdrawal.

By: /s/ Christina M. Heischmidt

Thomas M. Dunlap (VSB #44016)
David Ludwig (VSB #73157)
Christina M. Heischmidt (VSB #80463)
DUNLAP BENNETT & LUDWIG PLLC
211 Church Street, SE
Leesburg, VA  20175
Telephone: 703-777-7319
Facsimile: 703-777-3656
tdunlap@dbllawyers.com
dludwig@dbllawyers.com
cheischmidt@dbllawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2015, the foregoing Notice was filed and served electronically by the Court's CM/ECF system upon all registered users:

    Craig C. Reilly, Esq. (VSB # 20942)
    111 Oronoco Street
    Alexandria, Virginia 22314
    TEL (703) 549-5354
    FAX (703) 549-2604
    craig.reilly@ccreillylaw.com

    Ira P. Rothken (pro hac vice)
    ROTHKEN LAW FIRM
    3 Hamilton Landing
    Suite 280
    Novato, CA 94949
    (415) 924-4250
    (415) 924-2905 (fax)
    ira@techfirm.net

    *Counsel for Defendants Kim Dotcom and Megaupload, Ltd.*

I hereby certify that on April 3, 2015, the foregoing Notice was served via U.S. mail upon the following:

    Anthony Barlo
    Microhits Music Corp.
    137 N Larchmont Boulevard #168
    Los Angeles, California 90004

    Vince Vellardita
    Valcom Inc.
    2113A Gulf Boulevard
    Indian Rocks Beach, Florida 33785

    __/s/_____
    Christina M. Heischmidt (VSB #80463)
    Attorney for Plaintiffs Microhits, Inc. and Valcom, Inc.
    DUNLAP BENNETT & LUDWIG PLLC
    211 Church Street, SE
    Leesburg, VA  20175
    (703) 777-7319

(703) 777-3656 (fax)
cheischmidt@dbllawyers.com