UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROHITS, INC., *et al.*,<br><br>                *Plaintiffs*<br>v.<br><br>MEGAUPLOAD, LTD., *et al.*,<br><br>                *Defendants* | No. 1:12-cv-327<br>(LO/IDD) |

## RESPONSE TO WITHDRAWAL MOTION

Defendants do not object to the motion to withdraw filed by current counsel for Plaintiffs (Dkt. No. 54), ***provided:*** (a) until new counsel enter an appearance for Plaintiffs, that Defendants be permitted to serve Plaintiffs directly by mail, and (b) if new counsel for Plaintiffs does not appear promptly, then Defendants reserve their rights to seek appropriate relief.

Dated:  Apr. 8, 2015

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5355
craig.reilly@ccreillylaw.com
*Counsel for Defendant Megaupload, Ltd.*

Ira P. Rothken (*pro hac vice*)
Jared R. Smith (*pro hac vice*)
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net
*Counsel for Defendant Megaupload, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2015, the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users:

>Thomas M. Dunlap
>David Ludwig
>DUNLAP WEAVER PLLC
>199 Liberty St SW
>Leesburg, VA 20175
>Email: dludwig@dunlapweaver.com
>*Counsel for Plaintiffs*

I hereby certify that on April 3, 2015, the foregoing was served via first class mail upon Plaintiffs at the following addresses:

>Mr. Anthony Barlo
>MICROHITS MUSIC CORP.
>137 N Larchmont Boulevard #168
>Los Angeles, California 90004

>Mr. Vince Vellardita
>VALCOM INC.
>2113A Gulf Boulevard
>Indian Rocks Beach, Florida 33785

>/s/ Craig C. Reilly
>Craig C. Reilly, Esq. (VSB # 20942)
>111 Oronoco Street
>Alexandria, Virginia 22314
>TEL (703) 549-5354
>FAX (703) 549-5355
>craig.reilly@ccreillylaw.com
>*Counsel for Defendant Megaupload, Ltd.*