IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MICROHITS, INC., *et al.*,  )
  )
    Plaintiffs,  )
  )
v.  ) Civil Action No. 1:12-cv-00327 (LO/IDD)
  )
MEGAUPLOAD, LTD., *et al.*,  )
  )
    Defendants.  )
_____  )

### ORDER

This MATTER is before the Court on a Motion for Withdrawal of the Appearance of Dunlap Bennett & Ludwig, PLLC as Counsel for Microhits, Inc. and Valcom, Inc. [Dkt. No. 54]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Accordingly, it is hereby

**ORDERED** that the Plaintiffs' Counsel's Motion [Dkt. No. 54] is **GRANTED**. It is hereby further

**ORDERED** that Defendants are permitted to serve Plaintiffs directly by mail until new counsel has entered an appearance in this case. Defendants have also reserved the rights properly entitled to them by law should new counsel for the Plaintiffs fail to appear promptly.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 9th day of April 2015.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge