UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROHITS, INC., *et al.*, )<br>)<br>    *Plaintiffs* )<br>        v. )<br>)<br>MEGAUPLOAD, LTD., *et al.*, )<br>)<br>    *Defendants* ) | No. 1:12-cv-327<br>(LO/IDD) |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, April 22, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendant Megaupload Ltd. will present oral argument in support of its motion to extend the stay this civil action pending the parallel criminal action being prosecuted against it.

Dated:  March 31, 2016

Respectfully submitted,

/s/ Craig C. Reilly
Craig C. Reilly, Esq. (VSB # 20942)
111 Oronoco Street
Alexandria, Virginia 22314
TEL (703) 549-5354
FAX (703) 549-5355
craig.reilly@ccreillylaw.com

Ira P. Rothken (*pro hac vice*)
ROTHKEN LAW FIRM
3 Hamilton Landing
Suite 280
Novato, CA 94949
(415) 924-4250
(415) 924-2905 (fax)
ira@techfirm.net

*Counsel for Defendants Kim Dotcom and Megaupload, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2016, the foregoing is being served by first-class mail, postage prepaid, to plaintiffs at the addresses below, as permitted by the Court's April 9, 2015 order (Doc. 57):

>Anthony Barlo
>Microhits Music Corp.
>137 N Larchmont Boulevard #168
>Los Angeles, California 90004
>
>NEAL H. FLASTER
>*Counsel for ValCom Inc.*
>*By mail:*
>NEAL H. FLASTER, L.L.C.
>30A Vreeland Road
>Suite 230, Second Floor
>P.O. BOX 21
>FLORHAM PARK, NJ 07932
>*and by electronic mail:* nhf@flasterlawgroup.com

>/s/ Craig C. Reilly
>Craig C. Reilly, Esq. (VSB # 20942)
>111 Oronoco Street
>Alexandria, Virginia 22314
>TEL (703) 549-5354
>FAX (703) 549-5355
>craig.reilly@ccreillylaw.com
>*Counsel for Defendant Megaupload, Ltd.*