UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROHITS, INC., *et al.*, )<br>)<br>*Plaintiffs* )<br>v. )<br>)<br>MEGAUPLOAD, LTD., *et al.*, )<br>)<br>*Defendants* ) | No. 1:12-cv-327<br>(LO/IDD) |

## ORDER

UPON CONSIDERATION of the motion filed by Defendant Megaupload Limited for continuation of the stay of this action because of a parallel criminal action pending in this Court (No. 1:12-cr-00003-LO), and finding good cause, it is hereby

ORDERED that this matter be stayed until October 1, 2016, subject to the same terms and conditions set forth in the prior stay order (Dkt. No. 60); and it is further

ORDERED that the Court warns Plaintiffs that this action may be dismissed if they fail to have substitute counsel appear forthwith.

ENTERED this __4th__ day of April 2016.

Alexandria, Virginia

_____
Liam O'Grady
United States District Judge