IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | |
|---|---|
| MICROHITS INC. *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Civil No. 1:12-cv-327 |
| ) | |
| v. ) | Hon. Liam O'Grady |
| ) | |
| MEGAUPLOAD, LTD. *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

### ORDER

This matter comes before the Court on Defendant Megaupload Limited's motion for dismissal of this action. Finding that Plaintiffs have been twice warned by the Court to have new counsel appear but have not done so, and concluding that there is good cause to do so, it is hereby:

**ORDERED** that this action is dismissed.

September 26, 2016
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge