AO 121 (6/90)

| TO: |  |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | U.S. District Court for the Eastern District of Virginia<br>Albert V. Bryan U.S. Courthouse<br>401 Courthouse Square |
| DOCKET NO. 1:12cv327 | DATE FILED 3/21/2012 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Microhits, Inc., Valcom, Inc. | MegaUpload Limited, Vestor Limited, Kim Dotcom (aka Kim Schmitz), Mathias Ortmann |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☑ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☑ No | DATE RENDERED<br>09/26/2016 |
|---|---|---|
| CLERK<br>FERNANDO GALINDO, CLERK | (BY) DEPUTY CLERK | DATE<br>09/27/2016 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| Plaintiff | Copyright Registration |
|---|---|
| Microhits, Inc. | PA - 411-051 |
| Microhits, Inc. | PA 996 605 |
| Microhits, Inc. | EU 306984 |
| Microhits, Inc. | PA 996 605 |
| Microhits, Inc. | EU 456-990 |
| Microhits, Inc. | PA 996 605 |
| Microhits, Inc. | EU 300011 |
| Microhits, Inc. | EP 72524 |
| Microhits, Inc. | EU 241491 |
| Microhits, Inc. | EU 269131 |
| Microhits, Inc. | EP 50451 |
| Microhits, Inc. | EU 77050 |
| Microhits, Inc. | EU 149866 |
| Microhits, Inc. | PA - 411-051 |
| Microhits, Inc. | EU 275522 |
| Microhits, Inc. | PA 996 605 |
| Microhits, Inc. | EU 222618 |
| Microhits, Inc. | EP 74955 |
| Microhits, Inc. | EU 352483 |
| Microhits, Inc. | PA 786-158 |
| Microhits, Inc. | EU 275524 |
| Microhits, Inc. | EP 405378 |
| Microhits, Inc. | PA 996 605 |
| Microhits, Inc. | PA 140-421 |
| Microhits, Inc. | EU 328329 |
| Microhits, Inc. | EU 223316 |
| Microhits, Inc. | EU 299577 |
| Microhits, Inc. | EU 451762 |
| Microhits, Inc. | EU 451762 - December 20, 1945 |
| Microhits, Inc. | EU 451762 |
| Microhits, Inc. | EU 451762 |
| Microhits, Inc. | EU 338369 |
| Microhits, Inc. | PA - 411-051 |
| Microhits, Inc. | EU 230036 |
| Microhits, Inc. | EU 210047 |
| Microhits, Inc. | PA - 411-050 |
| Microhits, Inc. | EP3294 |
| Microhits, Inc. | EU 10447 |
| Microhits, Inc. | EU 460-15 |
| Microhits, Inc. | PA-895-752 |
| Microhits, Inc. | PA - 411-051 |
| Microhits, Inc. | EP 749 56 |
| Microhits, Inc. | PA - 411-051 |
| Microhits, Inc. | EU 219960 |
| Microhits, Inc. | EP 693 18 |
| Microhits, Inc. | PA 996 605 |
| Microhits, Inc. | EU 86498 |
| Microhits, Inc. | EU 55745 |
| Microhits, Inc. | EU 195180 |
| Microhits, Inc. | PA-880-543 |
| Microhits, Inc. | PA 996 605 |

| Plaintiff | Copyright Registration |
|---|---|
| Microhits, Inc. | EU 451 761 |
| Microhits, Inc. | EU 387274 |
| Microhits, Inc. | EU 230135 |
| Microhits, Inc. | PA 996 605 |
| Microhits, Inc. | EU 192593 |
| Microhits, Inc. | EU 387276 |
| Microhits, Inc. | PA 996 605 |
| Microhits, Inc. | EU 249563 |
| Microhits, Inc. | EU 192594 |
| Microhits, Inc. | EU 210045 |
| Microhits, Inc. | EU 192592 |
| Microhits, Inc. | EP 130483 |
| Microhits, Inc. | PA - 411-051 |
| Microhits, Inc. | PA 996 605 |
| Microhits, Inc. | EU 258038 |
| Microhits, Inc. | EU 292 164 |
| Microhits, Inc. | PA 996 605 |
| Microhits, Inc. | EP 177871 |
| Microhits, Inc. | PA - 411-051 |
| Microhits, Inc. | EU 589735 |
| Microhits, Inc. | EU 326405 |
| Microhits, Inc. | EU 358679 |
| Microhits, Inc. | EP 106-166 |
| Microhits, Inc. | PA - 411-051 |
| Microhits, Inc. | EFO-14264 |
| Microhits, Inc. | EU 155-993 |
| Microhits, Inc. | EU 291 041 |
| Microhits, Inc. | EU 348 915 |
| Microhits, Inc. | EP 725 25 |
| Microhits, Inc. | PA 169-967 |
| Microhits, Inc. | PA 169-968 |
| Microhits, Inc. | PA 169-969 |
| Microhits, Inc. | PA 169-970 |
| Microhits, Inc. | PA 169-971 |
| Microhits, Inc. | PA 169-972 |
| Microhits, Inc. | PA 169-973 |
| Microhits, Inc. | PA 169-975 |
| Microhits, Inc. | PA 169-976 |
| Microhits, Inc. | EU 288 248 |
| Microhits, Inc. | EU 288 248 |
| Microhits, Inc. | EU 288 248 |
| Microhits, Inc. | EU 288 248 |
| Microhits, Inc. | EU 288 248 |
| Microhits, Inc. | EU0000435494 |
| Microhits, Inc. | SR 672-315 |
| Microhits, Inc. | SR- 44 719 |
| Microhits, Inc. | SR 293 851 |
| Microhits, Inc. | SR0000643443 |
| Microhits, Inc. | SRu000932978 |
| Valcom, Inc. | Pau3-070-309 |
| Valcom, Inc. | PA0000316021 |

| Plaintiff | Copyright Registration |
|---|---|
| Valcom, Inc. | Pau3-070-309 |
| Valcom, Inc. | Pau3-106-120 |
| Valcom, Inc. | Pau3-106-120 |
| Valcom, Inc. | PA0000218260 |
| Valcom, Inc. | PA0000377692 |
| Valcom, Inc. | Pau-002192763 |
| Valcom, Inc. | Pau-2-054-859 |
| Valcom, Inc. | Pau3-060-190 |
| Valcom, Inc. | Pau3-060-190 |
| Valcom, Inc. | Pau3-060-190 |
| Valcom, Inc. | Pau3-060-190 |
| Valcom, Inc. | Pau3-060-190 |
| Valcom, Inc. | Pau3-070-309 |
| Valcom, Inc. | Pau3-070-309 |
| Valcom, Inc. | Pau3-070-309 |
| Valcom, Inc. | Pau3-070-309 |
| Valcom, Inc. | Pau3-072-073 |
| Valcom, Inc. | Pau3-072-073 |
| Valcom, Inc. | Pau3-072-073 |
| Valcom, Inc. | Pau3-072-073 |
| Valcom, Inc. | Pau3-072-073 |
| Valcom, Inc. | Pau3-072-073 |
| Valcom, Inc. | Pau3-095-202 |
| Valcom, Inc. | Pau3-106-120 |
| Valcom, Inc. | Pau3-106-120 |
| Valcom, Inc. | Pau3-106-120 |
| Valcom, Inc. | Pau3-106-120 |
| Valcom, Inc. | Pau3-125-329 |
| Valcom, Inc. | Pau3-125-329 |
| Valcom, Inc. | Pau3-125-329 |
| Valcom, Inc. | Pau3-125-329 |
| Valcom, Inc. | Pau3-125-329 |
| Valcom, Inc. | Pau3-125-329 |
| Valcom, Inc. | Pau3-125-405 |
| Valcom, Inc. | Pau3-125-405 |
| Valcom, Inc. | Pau3-125-405 |
| Valcom, Inc. | Pau3-125-405 |
| Valcom, Inc. | Pau3-125-405 |
| Valcom, Inc. | Pau-3-125-405 |
| Valcom, Inc. | Pau3-365-822 |
| Valcom, Inc. | V2425P244 |
| Valcom, Inc. | V261P453 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



| | )
MICROHITS INC. *et al.*, | )
 | )
        *Plaintiffs*, | ) Civil No. 1:12-cv-327
 | )
v. | ) Hon. Liam O'Grady
 | )
MEGAUPLOAD, LTD. *et al.*, | )
 | )
        *Defendants*. | )

## ORDER

This matter comes before the Court on Defendant Megaupload Limited's motion for dismissal of this action. Finding that Plaintiffs have been twice warned by the Court to have new counsel appear but have not done so, and concluding that there is good cause to do so, it is hereby:

**ORDERED** that this action is dismissed.


September 26, 2016
Alexandria, Virginia


                                      /s/
                                Liam O'Grady
                                United States District Judge